# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINEMEREM OSISIOMA,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>TRANS UNION, LLC, et al.<br><br>　　　　　　　　　　Defendants. | Case No. 21-cv-2023-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO STAY AND TO ARBITRATE CLAIMS AS TO DEFENDANT BARCLAYS BANK DELAWARE**<br><br>[Doc. No. 17] |

On January 18, 2022, Plaintiff Chinemerem Osisioma ("Plaintiff") and Defendant Barclays Bank Delaware ("Barclays") filed a joint motion to arbitrate Plaintiff's claims against Barclays and stay those claims pending a final decision by the arbitrator. Doc. No. 17. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion. Plaintiff's claims against Barclays are transferred to binding arbitration to be decided before an arbitrator with the American Arbitration Association ("AAA") under the Consumer Arbitration Rules. The Court further **STAYS** this action as to Barclays; the case will proceed against Defendants Trans Union, LLC and Equifax Information Services, LLC. The Court shall retain jurisdiction to enforce this agreement, and confirm, modify, or vacate any arbitration award pursuant to the Federal Arbitration Act, 9 U.S.C. § 9.

The Court further **ORDERS** the parties to file a joint status report with the Court every ninety (90) days from the date of this Order advising the Court of the status of the arbitration. Further, the parties must notify the Court within seven (7) days following the termination of arbitration proceedings, or in the alternative, if appropriate, a joint motion for dismissal.

**IT IS SO ORDERED**.

Dated: January 19, 2022

HON. MICHAEL M. ANELLO
United States District Judge