# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINEMEREM OSISIOMA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  21cv2023-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATION [ECF NO. 30]** |

　　　　On April 11, 2022, the parties filed a joint motion asking the Court to enter their Stipulated Protective Order.  (ECF No. 30.)  The Court has considered the Stipulated Protective Order and, for good cause shown, **GRANTS** the joint motion and enters the Stipulated Protective Order [ECF No. 30-1 at 1-8] with the following modification:

　　　　Paragraph 12.5 should read:  "No document may be filed under seal, except pursuant to a court order that authorizes the sealing of the particular document, or portion of the document.  A sealing order may issue only upon a showing that the information is privileged or protectable under the law.  **The request must be narrowly tailored to seek sealing only of the confidential or privileged material**.

　　　　To file a document under seal, the parties must comply with the procedures explained in Section 2.j of the Electronic Case Filing Administrative Policies and

Procedures Manual for the United States District Court for the Southern District of California and Civil Local Rule 79.2.  In addition, a party must file a redacted version of any document that it seeks to file under seal.  The document must be titled to show that it corresponds to an item filed under seal, e.g., 'Redacted Copy of Sealed Declaration of John Smith in Support of Motion for Summary Judgment.'  The party should file the redacted document(s) simultaneously with a joint motion or ex parte application requesting that the confidential portions of the document(s) be filed under seal and setting forth good cause for the request."

**IT IS SO ORDERED**.

Dated:  April 12, 2022

Honorable Michael S. Berg
United States Magistrate Judge