# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINEMEREM OSISIOMA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  21cv2023-MMA (MSB)<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

　　　A telephonic Case Management Conference was held on June 16, 2022.  Pursuant to the discussions during the conference, the Court sets a telephonic Case Management Conference for **September 15, 2022**, at **10:00 a.m.**  Plaintiff's counsel is to arrange and initiate the conference call.

　　　**IT IS SO ORDERED**.

Dated:  June 16, 2022

　　　　　　　　　　　　　　　　　　　　　　Honorable Michael S. Berg
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge